UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20541-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ANDRE PINKNEY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE**, having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the defendant in the above-referenced case, and this Court, having conducted a change of plea hearing recommends to the District Court as follows:

    1.    On September 24, 2010, this Court convened a hearing to permit the defendant to enter a change of plea in the aforementioned matter. This Court advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of the defendant, the defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a

sentencing hearing at a time set by the District Court.

2. This Court advised the defendant that the defendant did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The defendant, the defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with Rule 11 of the Federal Rules of Criminal Procedure.

4. There is no written plea agreement in this case. The defendant pled guilty to Counts I, II and III set forth in the Indictment as follows:

Count I: In violation of Title 18, United States Code, Section 1951(a), the defendant knowingly and unlawfully attempted to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully attempt to take personal property from the person and in the presence of "C.A.R.," against the will of said person and by means of actual and threatened force, violence and fear of injury to said person.

Count II: In violation of Title 18, United States Code, Section 922(g)(1), the defendant having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce.

    Count III:  In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), the defendant knowingly used and carried a firearm during and in relation to a crime of violence, and did possess said firearm in furtherance of a crime of violence, an offence for which the defendant may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count I of the Indictment.

  5.  The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which the defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable.  The government also announced the possible maximum penalties in respect to the Indictment.  The defendant acknowledged the possible maximum penalties which could be imposed in this case.

  6.  Based upon all of the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to Counts I, II and III of the Indictment, as more particularly described herein, and that the defendant be adjudicated guilty of those offenses.

  7.  A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **<u>9:30 AM on Friday, December 3, 2010, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-2, Miami, FL 33128.</u>**

  **ACCORDINGLY,** the undersigned recommends to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offenses to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Paul C. Huck.

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this **24th** day of September, 2010.

    JOHN J. O'SULLIVAN
    UNITED STATES MAGISTRATE JUDGE

Copies provided to:

U.S. District Judge Huck
All Counsel of Record
United States Probation